FILED

FEB 05 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES LA VELL HARRIS,

       Plaintiff,

   v.

COUNTY OF LAKE, et al.,

       Defendants.

Case No.20-cv-09329-RMI

**CONSENT OR DECLINATION
TO MAGISTRATE JUDGE
JURISDICTION**

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

                  **Consent to Magistrate Judge Jurisdiction**

       In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

           **OR**

( )    **Decline Magistrate Judge Jurisdiction**

       In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _Jan 22, 2021_         NAME: _Smiley James Harris, Jr_

                           COUNSEL FOR (OR "PRO SE"):

                           _____

                           _____

                           Signature

United States District Court
Northern District of California

*REV. 9-19*

SAN FRANCISCO CA 940    L

27 JAN 2021    PM 2

RECEIVED

JAN 29 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RECEIVED

FEB 05 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of the Court
U.S. Northern District Court
450 Golden Gate Avenue,
San Francisco, CA 94102

RE: 20-CV-09329 BWI
Second Submission

smiley james (of harris (c) clan), sui juris
c/o 13417 Lakeshore Drive #552
Clearlake Park, California state Republic
Non-Domestic without the United States

**USPS Intl. Mail Manual**
742.1 Marking Postage Paid
742.2 Parcels w/o stamps – Treat as Pre-Paid
18 USC 1726 [DMM 602 1.23(2)]