UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LA VELL HARRIS,<br><br>Plaintiff.<br><br>v.<br><br>COUNTY OF LAKE, et al.,<br><br>Defendants. | Case No.20-cv-09329-RMI<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 2 |

On December 10, 2020, Plaintiff filed an Application to Proceed *In Forma Pauperis* (dkt. 2). Having considered the application and complaint, the Court hereby **DENIES** Plaintiff's application without prejudice.

Plaintiff's application form (dkt. 2) is incomplete, and the court is therefore unable to review the application. Instead of providing the court with the required information via the application form, the court received a six (6) page declaration from Plaintiff that did not provide the court with the information requested in the form to properly assess Plaintiff's application.

The court will provide Plaintiff with one additional opportunity to correctly submit his application to proceed in forma pauperis. Plaintiff's amended application shall be filled, or the payment of the applicable filling fees made, no later than March 4, 2021. Plaintiff is warned that failure to either file an amended application or pay the filing fees will result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated: February 11, 2021

_____
ROBERT M. ILLMAN
United States Magistrate Judge