Clear Form

**FILED**

MAR 02 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SMILEY JAMES HARRIS )
)
  Plaintiff, ) CASE NO. 20-cv-09329 RMI
)
  vs. ) **APPLICATION TO PROCEED**
) **IN FORMA PAUPERIS**
USA ) (Non-prisoner cases only)
)
  Defendant. )
_____ )

I, Smiley James Harris, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | Labor Ready, Hayward, Ca. 1979; Approximately $1000 monthly
3 |
4 |
5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a. Business, Profession or      Yes ___ No ✔
8 |         self employment?
9 |     b. Income from stocks, bonds,      Yes ___ No ✔
10 |         or royalties?
11 |     c. Rent payments?      Yes ___ No ✔
12 |     d. Pensions, annuities, or      Yes ___ No ✔
13 |         life insurance payments?
14 |     e. Federal or State welfare payments,      Yes ✔ No ___
15 |         Social Security or other govern-
16 |         ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | SSI payments; $949.73
20 |
21 | 3. Are you married?      Yes ___ No ✔
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4. a. List amount you contribute to your spouse's support:$ _____
27 |     b. List the persons other than your spouse who are dependent upon you for support
28 |         and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home?   Yes ___  No ✔

Estimated Market Value: $_____  Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ___  No ✔

Make _____ Year _____ Model _____

Is it financed?  Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account?  Yes ___ No ✔ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ✔ No ___ Amount: $ 3.00

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ✔

_____

8. What are your monthly expenses?

Rent: $ 550 _____ Utilities: 250 _____

Food: $ 100 _____ Clothing: 0 _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

N/A

- 3 -

1  _____
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?  Yes ✔  No ____
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____
7  _____
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10
11  Feb 27, 2021                              _____
12       DATE                                      SIGNATURE OF APPLICANT

- 4 -