UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LA VELL HARRIS,<br><br>Plaintiff.<br><br>v.<br><br>COUNTY OF LAKE, et al.,<br><br>Defendants. | Case No.20-cv-09329-RMI<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND STAYING SERVICE OF PROCESS PENDING REVIEW UNDER 28 U.S.C. § 1915(E)(2)(B)**<br><br>Re: Dkt. No. 10 |

Plaintiff has filed an Application to Proceed In Forma Pauperis. Having considered Plaintiff's second application and the complaint, the court hereby **GRANTS** Plaintiff's application. However, the service of process of this complaint is hereby **STAYED** until the court has conducted its mandatory review pursuant to 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED.**

Dated: March 9, 2021

_____
ROBERT M. ILLMAN
United States Magistrate Judge