UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LA VELL HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LAKE, et al.,<br><br>Defendants. | Case No. 20-cv-09329-HSG<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS** |

Pursuant to the June 22, 2021 referral notice from the United States Court of Appeals for the Ninth Circuit, the Court finds that the appeal is frivolous and therefore leave to proceed in forma pauperis on appeal is **DENIED** and plaintiff's in forma pauperis status is **REVOKED**. *See Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (noting that revocation of in forma pauperis status is appropriate where district court finds the appeal to be frivolous). This case remains closed. The Clerk shall transmit a copy of this order to the Court of Appeals.

**IT IS SO ORDERED.**

Dated: 6/29/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge