UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 18 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES LAVELL HARRIS,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>COUNTY OF LAKE; et al.,<br><br>Defendants-Appellees. | No. 21-16054<br><br>D.C. No. 4:20-cv-09329-HSG<br>Northern District of California,<br>Oakland<br><br>ORDER |

Before: CANBY, CALLAHAN, and BADE, Circuit Judges.

The district court certified that this appeal is frivolous and revoked appellant's in forma pauperis status. *See* 28 U.S.C. § 1915(a). On July 6, 2021, this court ordered appellant to explain in writing why this appeal should not be dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

Upon a review of the record, the response to the court's July 6, 2021 order, and the opening brief filed on July 2, 2021, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 7) and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2).

All other pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DISMISSED.**